■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL M., Appellant. [2 NYS3d 900]—

Judgment, Supreme Court, New York County (Michael Sonberg, J., at plea; Bruce Allen, J., at sentencing), rendered January 2, 2013, convicting defendant of robbery in the first degree, adjudicating him a youthful offender, and sentencing him to a term of 1⅓ to 4 years, unanimously affirmed. Judgment (same court and Justices), rendered January 2, 2013, convicting defendant, upon his guilty plea, of assault in the second degree, and sentencing him to a concurrent term of one year, unanimously modified, on the law, to the extent of vacating the sentence and remanding for resentencing, and otherwise affirmed.

As the People concede, defendant is entitled to resentencing pursuant to *People v Rudolph* (21 NY3d 497 [2013]) for a youthful offender determination on his assault conviction.

With regard to the case in which defendant has already been adjudicated a youthful offender, we perceive no basis for reducing the sentence. Concur—Sweeny, J.P., Renwick, Saxe, Manzanet-Daniels and Gische, JJ.